IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br><br>(Jointly Administered) |
| JOHN ROUSSEY, as Plan Administrator of the Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors,<br><br>Plaintiff,<br><br>v.<br><br>DONALD TANG, an individual; TANG MEDIA PARTNERS LIMITED, a Cayman Islands limited company; TANG MEDIA PARTNERS LLC, a Nevada limited liability company; IM GLOBAL, LLC, a Delaware limited liability company; GLOBAL ROAD ENTERTAINMENT LLC, a Delaware limited liability company; JIE KANG a/k/a/ KEVIN KANG, an individual; ROBERT G. FRIEDMAN, an individual; and DOES 1 through 20;<br><br>Defendants. | Adv. Proc. No. 20-50610 (LSS) |

**ORDER APPROVING STIPULATION AND [PROPOSED]
ORDER REGARDING BRIEFING SCHEDULE GOVERNING
<u>MOVING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT</u>**

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

The Court having considered the *Stipulation and [Proposed] Order Regarding Briefing Schedule Governing Moving Defendants' Motion to Dismiss the Complaint* (the "Stipulation"), and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the court having determined that no further or other notice of the Stipulation need be given, except as provided for herein, it is hereby ORDERED that:

1. The Stipulation is approved.

2. The Plan Administrator shall file his opposition brief on or before September 10, 2020.

3. Defendants Donald Tang and Jie Kang a/k/a Kevin Kang shall file their reply brief on or before September 18, 2020.

4. All discovery sought by the Plan Administrator from Defendants Donald Tang and Jie Kang a/k/a Kevin Kang shall be tolled until the Court has entered an order on the Motion to Dismiss, or such other time as ordered by the Court or agreed by the parties.

Dated: August 17, 2020

*[signature]*

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge